```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 37755
   ALBERT JACKSON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6497

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/12/2004 and was confirmed 12/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  89.81% from remaining funds.

     The case was paid in full 12/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
ABN AMRO MORTGAGE GROUP    CURRENT MORTG         .00            .00            .00
CAPITAL ONE AUTO FINANCE   SECURED          24550.00        2016.41      24550.00
CAPITAL ONE AUTO FINANCE   UNSECURED         1815.84            .00       1630.84
AAA CHECKMATE              UNSECURED OTH     1026.27            .00        921.79
BROTHER LOAN & FINANCE     UNSECURED         1077.35            .00        967.59
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00            .00
CASH ADVANCE CORP          UNSECURED        NOT FILED          .00            .00
CASH ADVANCE CORP          UNSECURED        NOT FILED          .00            .00
CASH SERVICE               UNSECURED        NOT FILED          .00            .00
PREMIER BANCARD CHARTER    UNSECURED          420.68            .00        377.83
COUNTY BANK                UNSECURED        NOT FILED          .00            .00
DIRECT CASH                UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          658.07            .00        591.03
E FAST LOAN ADVANCE        UNSECURED        NOT FILED          .00            .00
PREMIER BANCARD CHARTER    UNSECURED          718.69            .00        645.47
ECMC                       UNSECURED         3152.65            .00       2831.46
LOAN TILL PAYDAY           UNSECURED        NOT FILED          .00            .00
MY CASH NOW                UNSECURED        NOT FILED          .00            .00
ORCHARD BANK               UNSECURED        NOT FILED          .00            .00
PAY DAY LOAN               UNSECURED        NOT FILED          .00            .00
PAY DAY OK                 UNSECURED        NOT FILED          .00            .00
QUICK PAYDAY LOANS         UNSECURED          380.00            .00        341.29
PAY DAY LOANS              UNSECURED        NOT FILED          .00            .00
PAY DAY LOANS              UNSECURED        NOT FILED          .00            .00
PROVIDIAN NATIONAL BANK    UNSECURED         9209.98            .00       8271.67
PREMIER BANCARD CHARTER    UNSECURED          693.66            .00        622.99
SONICPAYDAY.COM            UNSECURED        NOT FILED          .00            .00
CASHNET USA                UNSECURED          657.00            .00        590.06
USFC                       UNSECURED        NOT FILED          .00            .00
ABN AMRO MORTGAGE GROUP    SECURED              .00             .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                       2,821.58

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 37755 ALBERT JACKSON
```

```
DEBTOR REFUND            REFUND                                      3,212.27

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    53,092.28

PRIORITY                                               .00
SECURED                                          24,550.00
    INTEREST                                      2,016.41
UNSECURED                                        17,792.02
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              2,821.58
DEBTOR REFUND                                     3,212.27
                           ---------------    ---------------
TOTALS                     53,092.28             53,092.28
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 03/27/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                          PAGE   2
           CASE NO. 04 B 37755 ALBERT JACKSON